In the Matter of ANSELMO SOTO, JR., Appellant, v BRIAN FISCHER, Respondent.

Submitted August 17, 2009; decided September 22, 2009

Reported below, 60 AD3d 1074.

Motion for reconsideration of this Court's June 25, 2009 dismissal order denied [*see* 12 NY3d 900 (2009)].